

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Manish Sohani and Anis Virani v. Nisar Sunesara

Appellate case number:    01-19-00122-CV

Trial court case number:   1058441

Trial court:                County Civil Court at Law No. 1 of Harris County

Appellants, Manish Sohani and Anis Virani, have filed a Motion to Admit Pro Hac Vice, asking the Court to allow Louis F. Teran, a non-resident attorney, to appear on appellants' behalf. The motion is supported by a motion from appellants' counsel, Keval M. Patel, which does not comply with the Rules Governing Admission to the Bar of Texas because it does not "contain a statement that the resident attorney finds the Applicant to be a reputable attorney and recommends that the Applicant be granted permission to participate in the particular proceeding before the court." TEX. RULES GOVERN. BAR ADM'N R. XIX(b). Moreover, Mr. Patel's motion includes a certificate of conference that does not comply with Texas Rule of Appellate Procedure 10.1 because it does not state whether any other party opposes the motion. TEX. R. APP. P. 10.1(a)(5). Mr. Teran's motion to appear pro hac vice also does not comply with Rule 10.1 because it does not contain a certificate of conference. *Id.*

Accordingly, we **deny** both motions without prejudice to refiling motions that comply with the various Rules.

It is so ORDERED.

Judge's signature:    /s/  Evelyn V. Keyes

☑ Acting individually    ☐ Acting for the Court

Date:    October 31, 2019